No. 05–6645. ROBINSON v. WALKER, DIRECTOR, ILLINOIS DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 05–6648. WYATT v. DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6650. VILLANUEVA v. HAWAII. Sup. Ct. Haw. Certiorari denied.

No. 05–6652. WILLOUGHBY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 05–6657. ACKERIDGE, AKA LEE v. PALAKOVICH, SUPERIN-TENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6673. BANKS v. FAMILY INDEPENDENCE AGENCY. Sup. Ct. Mich. Certiorari denied.

No. 05–6674. ARTHUR v. FARWELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6680. JOHNSON v. FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 05–6683. CLARK v. STUARD, JUDGE, COURT OF COMMON PLEAS OF OHIO, TRUMBULL COUNTY. Sup. Ct. Ohio. Certiorari denied.

No. 05–6684. NICKELLS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 05–6685. PRIDE v. GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6691. KIRK v. TENNIS, SUPERINTENDENT, STATE COR-RECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6693. JENSEN v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 05–6695. MASIARCZYK v. JOHNSON ET AL. Cir. Ct. Mo-nongalia County, W. Va. Certiorari denied.